The Honorable Tiffany M. Cartwright

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIMOTHY MALLAND,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br>UNITED STATES OF AMERICA,<br>　　　　　　　　　Defendant. | Case No. 3:23-cv-05524-TMC<br><br>STIPULATED MOTION TO DISMISS<br><br>Noted for Consideration:<br>July 23, 2024 |

Plaintiff Timothy Malland, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), voluntarily dismisses this entire action. Such dismissal shall be without prejudice, with each side bearing its own costs and fees.

//

//

//

UNITED STATES' MOTION TO DISMISS
[Case No. 3:23-cv-05524-TMC] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 23rd day of July, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | LAW OFFICE OF DAVID A. WILLIAMS |
| *s/ Whitney Passmore*<br>WHITNEY PASSMORE, FL No. 91922 | *s/ David A. Williams*<br>DAVID A. WILLIAMS, WSBA No. 12010<br>9 Lake Bellevue Dr., Suite 104 |
| *s/ Lyndsie R. Schmalz*<br>LYNDSIE R. SCHMALZ, CA No. 285004<br>Assistant United States Attorneys<br>United States Attorney's Office<br>Western District of Washington<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone:  206-553-7970<br>Fax:    206-553-4073<br>Email:  whitney.passmore@usdoj.gov<br>Email:  lyndsie.r.schmalz@usdoj.gov | Bellevue, WA 98005<br>Phone: (425) 646-7767<br>Fax:    (425) 646-1011<br>Email: daw@bellevue-law.com<br><br>*Attorney for Plaintiff* |

*Attorneys for United States of America*

I certify that this memorandum contains 31 words, in compliance with the Local Civil Rules.

UNITED STATES' MOTION TO DISMISS
[Case No. 3:23-cv-05524-TMC] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

It is so ORDERED.

DATED this 24th day of July, 2024.

_____
TIFFANY M. CARTWRIGHT
United States District Judge

UNITED STATES' MOTION TO DISMISS
[Case No. 3:23-cv-05524-TMC] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970